**Ricky Dale WILSON, Plaintiff—Appellant,**

v.

**COUNTY OF LOS ANGELES, et al., Defendants—Appellees.**

**No. 01–55133.**

**D.C. No. CV–00–07614–TJH.**

United States Court of Appeals, Ninth Circuit.

Submitted Oct. 11, 2002.[*]

Decided Oct. 18, 2002.

Before GOODWIN, RYMER, and MCKEOWN, Circuit Judges.

## MEMORANDUM[**]

Ricky Dale Wilson appeals the district court's denial of his petition to file a civil

---

[*] This panel unanimously finds this case suitable for decision without oral argument. See Fed. R.App. P. 34(a)(2).

[**] This disposition is not appropriate for publication and may not be cited to or by the

rights action in forma pauperis. We affirm.

California's one-year statute of limitations for personal injury actions applies to claims brought under 42 U.S.C. §§ 1981, 1983, and 1985. *Taylor v. Regents of the University of California,* 993 F.2d 710, 711 (9th Cir.1993). Wilson's claims accrued in June 1995 but he did not file his complaint until July 2000. The statute of limitations was not sufficiently tolled to save his action.

**AFFIRMED.**

* The panel unanimously finds this case suitable for decision without oral argument. Fed. R.App. P. 34(a)(2).

** The Honorable Charles R. Weiner, Senior District Judge, United States District Court for the Eastern District of Pennsylvania, sitting by designation.

*** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.